NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

BELAFONTE LOPEZ ROSIER,       )
                              )
        Appellant,            )
                              )
v.                            )          Case No. 2D17-3047
                              )
STATE OF FLORIDA,             )
                              )
        Appellee.             )
_____)

Opinion filed March 21, 2018.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court
for Collier County; Frederick R. Hardt,
Judge.

Belafonte Lopez Rosier, pro se.


PER CURIAM.

            Affirmed.  See State v. King, 426 So. 2d 12 (Fla. 1982); State v. Templar-

O'Brien, 173 So. 3d 1129 (Fla. 2d DCA 2015); State v. Burgess, 153 So. 3d 286 (Fla. 2d

DCA 2014); McDonald v. State, 133 So. 3d 530 (Fla. 2d DCA 2013); Doby v. State, 25

So. 3d 598 (Fla. 2d DCA 2009); Hughes v. State, 22 So. 3d 132 (Fla. 2d DCA 2009);

Rosier v. State, 939 So. 2d 1071 (Fla. 2d DCA 2006) (table decision); Shortridge v.

State, 884 So. 2d 321 (Fla. 2d DCA 2004); Campbell v. State, 884 So. 2d 190 (Fla. 2d

DCA 2004); Brown v. State, 827 So. 2d 1054 (Fla. 2d DCA 2002); Williams v. State, 452

So. 2d 657 (Fla. 2d DCA 1984); Gary v. State, 5 So. 3d 713 (Fla. 1st DCA 2009); Jones

v. State, 907 So. 2d 1256 (Fla. 5th DCA 2005); Harris v. State, 789 So. 2d 1114 (Fla. 1st DCA 2001); Sequoia v. State, 678 So. 2d 493 (Fla. 4th DCA 1996).

LaROSE, C.J., and CASANUEVA and CRENSHAW, JJ., Concur.